ALASKA ᴇᴛ ᴀʟ. *v.* INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 302,
AFL–CIO, ᴇᴛ ᴀʟ.

No. 734.  Decided January 20, 1969.

*G. Kent Edwards,* Attorney General of Alaska, and
*Edgar Paul Boyko* for appellants.

*J. Duane Vance* for the International Union of Operating Engineers et al., and *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for the National Labor Relations Board, appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motions to affirm are granted and the judgment is affirmed.

VALENTI *v.* ROCKEFELLER, GOVERNOR OF
NEW YORK, ᴇᴛ ᴀʟ.

No. 773.  Decided January 20, 1969.

*John Manning Regan* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York,
*Ruth Kessler Toch,* Solicitor General, and *Jean M. Coon,*
Assistant Attorney General, for appellees.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to affirm is granted and the judgment is affirmed.